UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUSSELL VALLEAU,

Defendant.

Case: 2:24-cr-20647
Assigned To : Edmunds, Nancy G.
Referral Judge: Patti, Anthony P.
Assign. Date : 11/21/2024
Description: IND USA V. VALLEAU (MC)

VIOLATIONS:
18 U.S.C. § 111(a)
18 U.S.C. § 245(b)(1)(C)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. §§ 111(a), (b)
*Assaulting, Resisting, or Impeding Certain Officers or Employees*

On or about September 26, 2024, in the Eastern District of Michigan, the defendant, RUSSELL VALLEAU, forcibly assaulted, opposed, impeded, intimidated, and interfered with R.F., a person designated in Title 18, United States Code, Section 1114, while R.F. was engaged in, and on account of, the performance of R.F.'s official duties as a letter carrier with the United States Postal Service, and in doing so, VALLEAU used a deadly and dangerous weapon, that is, a knife.

All in violation of Title 18, United States Code, Section 111(a)(1) and (b).

1

## COUNT TWO
### 18 U.S.C. § 245(b)(1)(C)
*Interference with Federally Protected Activities*

On or about September 26, 2024, in the Eastern District of Michigan, the defendant, RUSSELL VALLEAU, did, by threat of force, willfully intimidate and interfere with, and attempt to intimidate and interfere with R.F. because R.F. was and had been enjoying employment by the United States Postal Service, an agency of the United States. Specifically, VALLEAU threatened R.F. with a knife after making racial comments related to R.F. and R.F.'s work as a mail carrier.

All in violation of Title 18, United States Code, Section 245(b)(1)(C).

## **SPECIAL FINDING—HATE CRIME MOTIVATION**

The Grand Jury further alleges that defendant RUSSELL VALLEAU intentionally selected the victim, R.F., as the object of the offenses alleged in Counts One and Two because of the actual and perceived race and color origin of R.F. or any other person.

All in violation of Title 18 U.S.C. §§ 111(a), 245(b)(1)(C); U.S.S.G. § 3A1.1.

A TRUE BILL.

s/ *Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/ *John K. Neal*
JOHN K. NEAL
Chief, Public Corruption and Civil Rights Unit

s/ *Frances Lee Carlson*
FRANCES LEE CARLSON
Assistant U.S. Attorney

s/ *Darrin Crawford*
DARRIN CRAWFORD
Assistant U.S. Attorney

Dated: November 21, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:24-cr-20647<br>Assigned To : Edmunds, Nancy G.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 11/21/2024<br>Description: IND USA V. VALLEAU (MC) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | Judge Assigned: |
| ☐ Yes     ☒ No | AUSA's Initials:   *FLC* |

Case Title: USA v. Russell Valleau

County where offense occurred : Oakland

Check One:     ☒ Felony          ☐ Misdemeanor          ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✓ Indictment/____Information --- based upon prior complaint [Case number: 24-mj-30418      ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

Superseding to Case No: _____     Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 21, 2024
Date

s/ *Frances Lee Carlson*
Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9696
E-Mail address: frances.carlson@usdoj.gov
Attorney Bar #: P62624

---

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.